IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Ezer Muniz Beniquez,           )<br>                                             )<br>            Plaintiff,           )<br>                                             )     Civil Action No. 8:20-cv-2648-BHH<br>v.                                          )<br>                                             )<br>CCHM, M-H Brittany, M-H Middleton,  )     **ORDER**<br>M-H T. Richards,                  )<br>                                             )<br>            Defendants.        )<br>_____) | |

      This matter is before the Court upon Plaintiff's pro se complaint filed pursuant to 42 U.S.C. § 1983, alleging violations of his constitutional rights while incarcerated in the Charleston County Detention Center. In accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02(B)(2)(d) (D.S.C.), the matter was referred to a United States Magistrate Judge for preliminary determinations.

      On November 12, 2020, Magistrate Judge Jacquelyn D. Austin issued a report and recommendation ("Report") outlining the issues and recommending that the Court summarily dismiss this action pursuant to 28 U.S.C. §§ 1915 and 1915A without further leave to amend and without issuance and service of process. Attached to the Magistrate Judge's Report was a notice advising Plaintiff of his right to file written objections to the Report within fourteen days of being served with a copy. To date, no objections have been filed.

      The Magistrate Judge makes only a recommendation to the Court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261 (1976). The Court

is charged with making a *de novo* determination only of those portions of the Report to which specific objections are made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions.  28 U.S.C. § 636(b)(1).  In the absence of specific objections, the Court reviews the matter only for clear error.  *See Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'") (quoting Fed. R. Civ. P. 72 advisory committee's note).

Here, because no objections were filed, the Court has reviewed the record, the applicable law, and the findings and recommendations of the Magistrate Judge for clear error.  After review, the Court finds no clear error and agrees with the Magistrate Judge's analysis.  Accordingly, the Court adopts the Magistrate Judge's Report (ECF No. 26) and incorporates it herein, and the Court dismisses this action pursuant to 28 U.S.C. §§ 1915 and 1915A without further leave to amend and without issuance and service of process.

**IT IS SO ORDERED.**

/s/Bruce H. Hendricks
The Honorable Bruce Howe Hendricks
United States District Judge

December 17, 2020
Charleston, South Carolina

2